SANDERS, J., is of the opinion that the writ should be granted. The case raises an important jurisdictional question between state and federal courts, not previously passed upon by the United States Supreme Court or this Court.

SUMMERS, J., is of the opinion that the writ should be granted.

178 So.2d 660

**Mason L. LINDSEY**

v.

**HARTFORD ACCIDENT AND INDEMNITY COMPANY and Cities Service Oil Company.**

**No. 47881.**

Oct. 8, 1965.

In re: Hartford Accident and Indemnity Company and Cities Service Oil Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 175 So.2d 831.

Writ refused. On the facts found by the Court of Appeal, the result is correct.